IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSEANNE SAKAMOTO,                       No.  CIV.S-06-1215 GEB DAD PS

      Plaintiff,

  v.                                       ORDER

U.S. OFFICE OF PERSONNEL MANAGEMENT,

      Defendant.

_____/

      Plaintiff initiated this action by filing her complaint in the United States District Court for the Northern District of California on April 24, 2006.  The case was transferred to this district on June 5, 2006, United States District Judge Claudia Wilken having issued the transfer order sua sponte on May 17, 2006.

      On June 8, 2006, plaintiff, proceeding pro se, filed a notice of motion and motion for summary judgment.  However, defendant has yet to file an answer or otherwise make an appearance in this action.  The initial status (pretrial scheduling) conference is set

1

for October 6, 2006, and there has not been an adequate opportunity for discovery.

   Accordingly, plaintiff's motion for summary judgment is HEREBY DENIED without prejudice as premature.  Following the appearance of the defendant in this action and the completion of the initial scheduling conference the motion may be re-filed, incorporating be reference any arguments presented in the recently filed motion, and properly noticed for hearing.

DATED: June 20, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
DDad1\orders.prose\sakamoto1215.msj.deny