IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSEANNE SAKAMOTO,                       No.  CIV.S-06-1215 GEB DAD PS

      Plaintiff,

  v.                                     <u>ORDER</u>

U.S. OFFICE OF PERSONNEL MANAGEMENT,

      Defendant.

_____/

      This matter came before the court on October 5, 2006, for a status (pretrial scheduling) conference.  Plaintiff, proceeding pro se, appeared on her own behalf.  Yoshinori H.T. Himel appeared on behalf of defendant.  Having considered all written materials submitted in connection with the status conference, and after hearing from the parties, for the reasons discussed on the record during the hearing, IT IS HEREBY ORDERED that:

/////

/////

1

1. Defendant's response to plaintiff's amended complaint shall be filed within thirty (30) days of the date of the status conference;

2. Plaintiff's motion for summary judgment shall be filed by **December 22, 2006;**

3. Defendant's opposition and cross-motion for summary judgment shall be filed by **January 19, 2007;**

4. Plaintiff's reply and opposition to defendant's motion shall be filed by **February 2, 2007;**

5. Defendant's reply is due **February 16, 2007;** and

6. A hearing on the cross-motions for summary judgment is **SET** for **February 23, 2007,** at **10:00 a.m.;** and

7. This matter will be scheduled further if necessary following the resolution of the cross-motions for summary judgment.

DATED: October 10, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
DDad1\orders.prose\sakamoto1215.oastatus

2