IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSEANNE SAKAMOTO,

　　　　Plaintiff,

　　vs.

U.S. OFFICE OF PERSONNEL MANAGEMENT,

　　　　Defendant.
　　　　　　　　　　　　　　　　　／

No. CIV S-06-1215 GEB DAD PS

ORDER

　　　　Plaintiff has filed a motion for default judgment pursuant to Fed. R. Civ. P. 55(b). Plaintiff's motion is grounded on her belief that defendant failed to file and serve its cross-motion for summary judgment and opposition to plaintiff's motion for summary judgment on or before February 9, 2007, as required by the court's January 19, 2007 order.

　　　　Plaintiff is in error. Court records reveal that defendant filed and served a cross-motion for summary judgment and opposition to plaintiff's motion for summary judgment on February 9, 2007. The Clerk of the Court cannot enter a defendant's default pursuant to Fed. R. Civ. P. 55(a) where the defendant has not failed to plead or otherwise defend. Neither the clerk nor the court can enter judgment by default against a defendant who has not been defaulted.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's February 12, 2007 motion for default judgment is denied.

DATED: February 14, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.pro se/sakamoto1215.defaultjden