IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSEANNE SAKAMOTO,

    Plaintiff,                          No. CIV S-06-1215 GEB DAD PS

    vs.

U.S. OFFICE OF PERSONNEL          ORDER
MANAGEMENT,

    Defendant.
_____/

The parties' cross-motions for summary judgment are set for hearing before the undersigned on March 16, 2007. Plaintiff, proceeding pro se, has filed a motion to continue the hearing to April 6, 2007. Defendant does not oppose the motion. Good cause having been shown, IT IS HEREBY ORDERED that:

1. Plaintiff's March 15, 2007 motion for continuance is granted; and

2. The hearing set for March 16, 2007, is continued to April 6, 2007, at 10:00 a.m., in Courtroom 27.

DATED: March 16, 2007.

/s/ Dale A. Drozd

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.prose/sakamoto1215.eothrg