IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSEANNE SAKAMOTO,

     Plaintiff,                    2:06cv1215-GEB-DAD-PS

     vs.

U.S. OFFICE OF PERSONNEL MANAGEMENT,

     Defendant.              <u>ORDER</u>

        Plaintiff, proceeding pro se, brought this action pursuant to the Freedom of Information Act.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 72-302(c)(21).

        On June 13, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 13, 2007, are adopted in full;

2. Plaintiff's December 22, 2006 motion for summary judgment is denied;

3. Defendant's February 9, 2007 motion for summary judgment is granted; and

4. This action is dismissed.

Dated: July 5, 2007

GARLAND E. BURRELL, JR.
United States District Judge